# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

THE BRENNES-JONES GROUP, INC.
v.
PROFESSIONAL FLOORING UNLIMITED, INC.
and GORDON CREWS

Case Number:
FILED:   JULY 17, 2008
08CV4072
JUDGE LEFKOW
MAGISTRATE JUDGE COLE
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE BRENNES-JONES GROUP, INC.

| |
|---|
| NAME (Type or print)<br>Charla L. Hausler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Charla L. Hausler |
| FIRM<br>Barnes & Thornburg LLP |
| STREET ADDRESS<br>One N. Wacker Drive, Suite 4400 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272371 | TELEPHONE NUMBER<br>(312) 357-1313 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐