# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| THE BRENNES-JONES GROUP, INC. | FILED: JULY 17, 2008 |
| v. | 08CV4072 |
| PROFESSIONAL FLOORING UNLIMITED, INC. | JUDGE LEFKOW |
| and GORDON CREWS | MAGISTRATE JUDGE COLE |
| | NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE BRENNES-JONES GROUP, INC.

| | |
|---|---|
| **NAME** (Type or print) <br> James E. Michel | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ James E. Michel | |
| **FIRM** <br> Barnes & Thornburg LLP | |
| **STREET ADDRESS** <br> One N. Wacker Drive, Suite 4400 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283530 | **TELEPHONE NUMBER** <br> (312) 357-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |