## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No:   08 CV 4072

Case Name:   THE BRENNES-JONES GROUP, INC. vs PROFESSIONAL FLOORING UNLIMITED, INC., AND GORDON CREWS

Heather Nudelman, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Gordon Crews** at **15 Pineridge Drive, Silver Creek, GA 30173** resulting in:

✓   Personal service on the defendant/respondent/witness on the 25th day of July, 2008 at 2:12 PM.

____   Substitute service by leaving the documents with a resident over the age of 13 on the ____ day of _____, 2008 at ____ __.M.
Name: _____   Relationship: _____

____   After substitute service I mailed a copy of the listed documents to the defendant on the ____ day of _____, 2008

____   Non-Service for the following reason with the date and time of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: M                          Hair Color/Style: Blondish/Gray
Race: W                         Height (approx.): 6'
Age (approx.): 60               Weight (approx.): 190
Noticeable Features/Notes: blue eyes, drove a red Chevy trailblazer.

Signed and Sworn to before me
This 25th day of July, 2008.

*Jennifer Presley*
Notary Public
Commission Exp. 10/18/2008

**JENNIFER PRESLEY**
**NOTARY PUBLIC**
**Oglethorpe County, Georgia**

Served By:
*Heather Nudelman*
Process Server
Title

~~Service was completed by an~~ independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE BRENNES-JONES GROUP, INC.,

CASE NUMBER: 08-cv-4072

V.

ASSIGNED JUDGE: Lefkow

PROFESSIONAL FLOORING UNLIMITED, INC., and GORDON CREWS

DESIGNATED MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

Gordon Crews
15 Pineridge Drive
Silver Creek, Georgia 30173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charla L. Hausler
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*[signature]*

(By) DEPUTY CLERK

JUL 2 1 2008

DATE

## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No:     08 CV 4072

Case Name:   THE BRENNES-JONES GROUP, INC. vs PROFESSIONAL FLOORING UNLIMITED, INC., AND GORDON CREWS

_Heather Nudelman_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Professional Flooring Unlimited, Inc. c/o Daniel Morgan** at ~~301 East 2nd Ave., Rome, GA 30161~~ (HN) resulting in: at 237 N. 5th Ave., Rome, GA

✓  Corporate service to an officer or an authorized individual of the company executed on the 25th day of July, 2008 at 1:52 P.M.
Name: Daniel Morgan    Title: Registered Agent

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: M               Hair Color/Style: Blonde
Race: W              Height (approx.): 6'
Age (approx.) 32     Weight (approx.): 200 lbs
Notable Features/Notes: Cell number of Daniel Morgan is 706-346-1813

Signed and Sworn to before me         Served By:
This 25th day of July, 2008.

_Jennifer Presley_                    _Heather Nudelman_
Notary Public                         Process Server
                                      Title

**JENNIFER PRESLEY**
**NOTARY PUBLIC**
**Oglethorpe County, Georgia**
Commission Exp. 10/18/2008

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE BRENNES-JONES GROUP, INC.,

V.

PROFESSIONAL FLOORING UNLIMITED, INC., and GORDON CREWS

CASE NUMBER: 08-cv-4072

ASSIGNED JUDGE: Lefkow

DESIGNATED MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

Professional Flooring Unlimited, Inc.
c/o Daniel Morgan
301 East 2nd Avenue
Rome, Georgia 30161

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charla L. Hausler
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*[signature]*
(By) DEPUTY CLERK

JUL 2 1 2008
DATE