IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE BRENNES-JONES GROUP, INC., a Texas Corporation,<br><br>    Plaintiff,<br><br>-vs-<br><br>PROFESSIONAL FLOORING UNLIMITED, INC., a Georgia Corporation, and GORDON CREWS, an individual,<br><br>    Defendants. | Court No.: 08-cv-4072<br><br>Judge Lefkow<br>Magistrate Judge Cole |

## NOTICE OF FILING

TO:  Mr. Gordon Crews                Professional Flooring Unlimited, Inc.
     15 Pineridge Drive               c/o Daniel Morgan
     Silver Creek, Georgia 30173      301 East 2nd Avenue
                                      Rome, Georgia 30161

PLEASE TAKE NOTICE that on August 5, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, via the Court's electronic filing system, two Affidavits of Special Process Server, copies of which have been electronically filed and herewith served upon you.

                              THE BRENNES-JONES GROUP, INC.

                              By:   /s/ Charla L. Hausler
                                     One of its Attorneys

Charla L. Hausler
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that true and correct copies of the foregoing Notice of Filing and Affidavits of Special Process Server were served on the following individuals of record by depositing the same in the U.S. Mail, first-class postage paid, from One North Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m., on this 5th day of July 2008:

Mr. Gordon Crews
15 Pineridge Drive
Silver Creek, Georgia 30173

Professional Flooring Unlimited, Inc.
c/o Daniel Morgan
301 East 2nd Avenue
Rome, Georgia 30161

By: /s/ Charla L. Hausler

CHDS01 CUH 479203v1