

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Gordon Crews
(Please print)

STREET ADDRESS: 15 Pine Ridge Dr

CITY/STATE/ZIP: Silver Creek GA

PHONE NUMBER: 706-235-6069

CASE NUMBER: 08CV4072   08cv4072

_____    8-1-08
Signature                    Date

FILED

AUG 0 8 2008  AEE
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT