

**FILED**

AUG 0 8 2008  AEE
Aug 8. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE BRENNES-JONES GROUP, INC., a Texas Corporation, | ) ) ) | FILED: JULY 17, 2008 08CV4072  O8cv4072 |
| Plaintiff, | ) ) | JUDGE LEFKOW |
| vs. | ) ) | MAGISTRATE JUDGE COLE NF |
| PROFESSIONAL FLOORING UNLIMITED, INC., a Georgia Corporation, and GORDON CREWS, an individual, | ) ) ) ) | |
| Defendants. | ) | |

## ANSWER

COMES NOW Defendant, **GORDON CREWS**, individually, and answers as follows:

### First Defense

The Court lacks jurisdiction over the subject matter of this action.

### Second Defense

The Court lacks jurisdiction over the person of Gordon Crews.

### Third Defense

Venue is improper in the Northern District of Illinois.

### Fourth Defense

The Complaint should be dismissed for insufficiency of process.

### Fifth Defense

The Complaint should be dismissed for insufficiency of service of process.

### Sixth Defense

The Plaintiff fails to state a claim upon which relief can be granted.



ORIGINAL

### Seventh Defense

Plaintiff has failed to join a necessary party.

### Eighth Defense

Defendant, **GORDON CREWS**, denies any and all material allegations contained in paragraphs one (1) thorugh forty-one (41) of said Complaint.

WHEREFORE, having fully answered, Defendant, **GORDON CREWS**, prays that the Complaint be dismissed and that all prayers for relief be denied with all costs cast upon the Plaintiff.

RESPECTFULLY SUBMITTED,

_____
**GORDON CREWS, Defendant Pro Se**
15 Pineridge Drive
Silver Creek, Georgia 30173

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| THE BRENNES-JONES GROUP, INC., a Texas Corporation, | ) ) ) | FILED: | JULY 17, 2008 08CV4072 |
| Plaintiff, | ) ) | | JUDGE LEFKOW |
| vs. | ) | | MAGISTRATE JUDGE COLE |
| PROFESSIONAL FLOORING UNLIMITED, INC., a Georgia Corporation, and GORDON CREWS, an individual, | ) ) ) ) | | NF |
| Defendants. | ) | | |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon Plaintiff by and through their counsel of record, **Charla L. Hausler, Barnes & Thornburg, LLP, One North Wacker Drive, Suite 4400, Chicago, IL 60606**, by mailing a copy thereto by United States Mail in a properly addressed envelope with adequate postage thereon.

This 1st day of August, 2008.

_____
**GORDON CREWS, Defendant Pro Se**
15 Pineridge Drive
Silver Creek, Georgia 30173